24-157-DWD

To whom it may concern,

I would like to humbly request that this missive be taken as a liberally construed pro se motion. I am going to provide facts in relation to my circumstance and ask that the courts best apply the information provided. My main purpose in this attempt is to ask the court to provide me with representation to further assist me to insure that procedure is being followed correctly so that I may continue the civil process. In my humble opinion my constitutional rights have been violated and a conspiracy to cover-up the misconduct. In response to my informal grievance the P.R.E.A coordinator admitted to policy violations but did not possess all the facts pertaining to this case. Allow me to elucidate. I have recently filed a P.R.E.A related staff misconduct complaint. The date of the incident was 5-24-2023. My complaint was received by region 10-24-2023. The reason there was a gap in time is because I was refused for some time to file then, there was a deliberate attempt to quash my complaints. Attached is a timeline of the incidents and actions to cover the misconduct. And so I believe it can be considered conspiracy as well. I am currently awaiting an answer to the investigation of my claim. I would like to present that the exhaustion requirement for USC 42 USC 1983, 1985 will be futile because I will be released by the time I hear from Washington DC. Also the remedy is barred by my request for damages. There is no possible way (policy wise) for the BOP to accommodate my administrative remedy. I ask that the court waive this requirement. Allow me to

The following is a timeline of alleged Staff misconduct (sexual) PREA, Possible Mail tampering, Attempted Cover-up (Conspiracy)

I ask the government to concur with P.R.E.A Coordinators determination of Violation, Acceptance of mistake and referral for Settlement.

On or about 5/24/2023 I arrived at USP Marion. I was taken to Segregated Housing. I was put in a cage with no divider, told to strip out. I express my concern that there were no dividers for privacy and that there were three inmates to where I was or would be exposed. Officer Cooper looked around and told me he didnt care for me to strip and "write it up" I told him it was a violation of PREA despite my protest I was given a direct order to strip out. My handbook Containing Policy and PREA standards was then taken. I stripped was told to squat and cough all the while an inmate with direct eyesight was watching and masterbating to my exposed body. After the traumatizing ordeal I asked for my inmate handbook back and was told by officer Plott you are not allowed with them in SHU I know that was not accurate so I asked LT Johns and he ordered for it to be returned. I believe this was the first deliberate attempt to cover the misconduct and voyerism. On this day I wrote Unit manage Wallace and also psychology (per inmate handbook) via in house mail.

On or about 5/25/2023 I wrote a sensitive PREA complaint addressed to region. I asked officer pearson to look it over and to make sure he sealed it to go out because I trusted him. I wrote "sensitive PREA concerns" on the envelope. Mr. Pearson seale and took it. After 11 o'clock count the officer that is subject of my complaint brought my mail back opened and staled you cant seal mail, an

officer has to." I told him it was sealed by pearson. And that he just committed a federal crime and he apologized after asking pearson. On this date I also wrote another letter to psychology via in house mail.

On or about 5/26/2023 I asked the #1 female to report staff misconduct. She ignored. I asked officer Zigler he refused me

On or about 5/27/2023 I believe I got to report via Email (never got response) Wrote S.I.A via in house asked for camera footage to be saved in both missive.

5/28/2023 Asked first shift to file

5/29/2023 Gave letter to Ms. Gould to give to #1. Asked #1 seconds shift. Stopped L.T. Brooks on his round told him I wanted to file a misconduct that may rise to sexual. He said he would have someone come pull me out to talk to me. He nor anyone ever came back. I asked ms Webb, she attempted to cover. She told me my case was not PREA. When I told her that I was forced to strip while an inmate watched and masterbated and my sensitive mail opened by the accused offizer she stated "you cant seal mail." I told her officer Pearson did and she said "I told him he shouldnt have done that." So she knew I didnt seal it. Also I stated no one should of answered or open because it was sensitive especially the officer I accused She said "If it didnt say his name specifically how would he know it was meant for him not to answer?"

5/30/2023 Finally got to report PREA trough LT Johns I spoke to ms Onings from psychology she stated she never got the inhouse mail. Seen medical.

5/31/2023

Spoke to Case manager Dawn. She stated she spoke to psychology and heard I was very distraught. Told me she understands I filed something but didn't know what it was. The incident should of never happened and was addresse[d] That I will be moved the next bus, that I am going close due to me being so close to release. Asked me if I could drop it. I told her yes if we could remedy the situation. If she got me in front of D.H.O my incidents dismissed and for me to be placed back on or at house arrest or halfway house. She said my paperwork was in to be moved. She would send something with me to go in front of D.H.O at the next institution. that I could go home The unit manager took the incident #'s and said he would get it to D.H.O I was later told by a L.T. they lied you can't remedy a PREA that they were just trying to get me to drop It and move me.

6/2/2023  I gave a letter to duty officer to give to the Assistant-Warden stating I wanted to speak to an investigator. Talked to captin was told "we are not making deals they lied, do you want to continue on with the PREA?" I told him Yes.

July      Sent letter to O.I.G per inmate handbook Got response they refused to investigate. Non-DOT and not desirable have for court.

Nov.      Sent sensitive to region awaiting response due Jan 23rd 2024

-Transfer  Marion subjected me to unconstitutional conditions of confinement by not investigating my claim. They also retaliated for or against me for expressing my protected constitutional right by sending me to an active yard knowing that they Sent me to a program for individuals whom cannot be housed at active yards.

file suit in the form of this missive and provide me with counsel. I ask that counsel be appointed as I do not know how to proceed from this juncture and I feel that my inmate and constitutional rights are being violated with impunity. I ask that the court hold the perpetrators into account as I believe laws were broken as well. With the information contained within I'd like to clearly express my humble request and objectives: 1. To ask the exhaustion requirement be waived.

2. To motion the courts for the appointment of counsel for a 42 USC 1983·1985 for deliberate indifference neglect and conspiracy. PREA for allowing an inmate to masterbate to my exposed body. -Misconduct.

3. In the event the courts do not grant the liberal motion for appointment of counsel, I ask that this missive be construed as a 1985 and 1983 and remedy requirement be waived.

In the interest in justice I plea for the courts to grant the aforementioned. The following is a timeline of my allegations as well as actors as far as I can recall.

It is my hope that the court sees the injustice and grants me an attorney to hold the seven officers accountable who refused to let me file the misconduct that was sexual due to the officer knowingly stripping me in front of others and an inmate masterbating. I feel like a victim of sexual assault and it is more painful psychologically and emotionally because no one cared and actually attempted to cover my voice. I believe my 8th and 6th amendment rights were violated. I would like to humbly request counsel to file HR 1983 & 1985. I would like the exhaustion requirement to be waived and this be liberally construed as such if the court see that the remedy attempt is futile.

Very Truly Yours

J Valentino Monroe
Joseph Valentino Monroe
35622068

Provided is a self addressed
envelope for proof of reciept
and response. Please send a
copy as well as original
attachment provided within. (OIG letter & response)



U. S. Department of Transportation
**Office of Inspector General**

July 19, 2023

Joseph Monroe # 35622068
Federal Correctional Institution
P.O. Box 33
Terre Haute, Indiana 47808

Dear Sir or Madam:

This letter is in response to your recent correspondences to the U.S. Department of Transportation (DOT), Office of Inspector General (OIG).  You reported non-DOT related issues involving your current incarnation at the FCI in Terre Haute, Fort Worth, Indiana.

Under the Inspector General Act, as amended, the Inspector General may make investigations that are, in the judgment of the Inspector General, necessary or desirable. Based on our review of the material provided we have determined that we do not have oversight over your concerns and we are not in a position to provide advice regarding these matters.  Our file is now closed and we are unable to reply to further communications regarding this matter.

Sincerely,

Scott Harding
Chief, Complaint Center Operations

Dear Inspector General,

I am writing in regards to what I believe to be staff misconduct and P.R.E.A violation. Also, a federal crime of mail tampering by an officer. On or about 5/24/2023 I was transfered to U.S.P marion. Upon arriving I was forced to strip in front of 3 inmates. I told the officer it was a P.R.E.A violation and was told to write it up and then he took my pen. I was housed in SHU. I was refused the right to report the misconduct by 6 Officers and a L.T. I finally got to report the incident. Although I reported the incident I did not speak to an investigator and was proprositioned that if I drop the complaint my incident report would be thrown out and I would go home. The staff covered the incident up. My incident reports were not thrown out. My mail was not sent. My sensitive confidential mail was opened and returned. Another federal crime. I would like to speak to an investigator and all staff members be held accountable. I am having psychological problems from this and the actions were taken with impunity. I was refused my right to report. My mail was either not sent or thrown away, my confidential mail was tampered with and not thrown out. I am a victim of staff misconduct/sexual in nature as I was made to strip touch my genitals and squat and cough in front of others in violation of P.R.E.A standards. I am going to contact the States Attorney as well It is my hope this office intervenes. Thank you. Sincerely, J. valen___ ___

Dear Clerk, Please file and return original copies. I am in segregated Housing and have very limited acces to any of these accomodations, (Copier, law library. Inside is an a self addressed envelope with postage. Thenk You!

Joseph V. Monroe 56-22068
FCI Terre Haute
PO Box 33
Terre Haute IN 47808

INDIANAPOLIS IN 460

16 JAN 2024 PM 4 L

Clerk of Courts
Southern District of Illinois
United States Court house
750 Missouri Ave
East St Louis IL

MAIL CLEARED
US MARSHALS

62201-295431



RECEIVED

JAN 23 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE