IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH MONROE,<br>Inmate No. 35622-068,<br><br>    Plaintiff,<br><br>vs.<br><br>FCI TERRE HAUTE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 24-cv-157-DWD<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

  Plaintiff Joseph Monroe, an inmate of the Federal Bureau of Prisons, currently detained at the Federal Correctional Institute (FCI) Terre Haute, submitted a letter to the Court about recent events at FCI Marion. (Doc. 1). Plaintiff set forth a timeline of events that occurred at Marion from May of 2023 through November of 2023 that he believes amounted to a violation of his rights. He has also filed an application to proceed *in forma pauperis* (IFP) without the prepayment of a full filing fee. (Doc. 7). Plaintiff did not, however, submit a formal complaint. To initiate a civil case, the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Illinois require a plaintiff's submission to meet certain uniform criteria.

  A case must be initiated by the filing of a formal complaint. FED. R. CIV. P. RULE 3. The complaint must have a master caption that lists the name of each defendant, FED. R. CIV. P. RULE 10(a), it must set forth factual allegations in numbered paragraphs, FED. R. CIV. P. RULE 10(b), and it must draw a connection between the named parties and the

factual allegations.  A complaint must include a short plain statement of the claim for relief, as well as a demand for relief.  FED. R. CIV. P. RULE 8.  A complaint must be written, signed, and verified.  Local Rule 8.1(b).  The pleading must be clearly typed or printed, and it must be double spaced, except for quotes or exhibits.  Local Rule 5.1(a).  An inmate who wishes to file a civil complaint under 42 U.S.C. § 1983, 28 U.S.C. § 1331, or the Federal Tort Claims Act, may obtain a template and instructions for filing such a complaint by requesting the forms from the Clerk of Court.  Local Rule 8.1(a)(1).

If Plaintiff wishes to commence litigation in this District he should submit a new pleading that follows the uniform standards explained here within 30 days.  If Plaintiff does not wish to start civil litigation, he should notify the Court in writing that he does not wish to pursue any claim within 30 days.  A failure to respond to this Order will result in the dismissal of this case.  The Clerk of Court is **DIRECTED** to send Plaintiff a copy of the standard civil rights template.

**IT IS SO ORDERED.**

Dated: March 15, 2024

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge